UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRFIELD BELMONT, LP,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH JUNIPHANT,<br><br>    Defendant. | Case No. 19-cv-03617-JST<br><br>**ORDER REMANDING CASE**<br><br>Re: ECF No. 6 |

On July 9, 2019, the Court granted pro se Defendant Elizabeth Juniphant's application to proceed in forma pauperis and issued an order to show cause why the Court should not remand the case for lack of subject matter jurisdiction. ECF No. 6. The Court ordered Juniphant to file a response by July 23, 2019, and stated that "[i]f Juniphant fails to respond as ordered, or if her response fails to establish the existence of federal jurisdiction, the Court will remand this case to the Contra Costa Superior Court." *Id.* at 3.

Juniphant did not file a response. Accordingly, the Court hereby remands the case to Contra Costa Superior Court.

**IT IS SO ORDERED.**

Dated: August 1, 2019

_____
JON S. TIGAR
United States District Judge